IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARL L. HARDEN, individually and in his
capacity as President of the H Group
Corporation,                                                                       PLAINTIFF

VS.                                                          Civil Action No.: 4:15-cv-167-MPM-JMV

ROBERT W. MAXWELL, CARL J. GIFFIN, JR.,
BILL LUCKETT, individually and in their capacities
as attorneys for Tom M. Vanderford, Jr., Hyundai
Motor America, and Hyundai Motor Company,
TOM M. VANDERFORD, JR., individually and in
his capacity as Executive Director of Litigation for
Hyundai Motor America, HYUNDAI MOTOR
AMERICA, HYUNDAI MOTOR COMPANY, and
OTHER UNIDENTIFIED PLAINTIFFS                                  DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…an immunity defense … motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion asserting an immunity defense …is a decision committed to the discretion of the court." L.U. Civ. R. 16(b)(3)(B). Defendants Robert W. Maxwell, Carl J. Giffin, Jr., Thomas N. Vanderford, Jr., Hyundai Motor America, and Hyundai Motor Company (collectively the "Hyundai Defendants") filed [6] Motion for Judgment on the Pleadings, which raises an immunity defense, on November 25, 2015. Accordingly, staying discovery not related to the immunity issue in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the Defendants' Motion for Judgement on the Pleadings.

Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 1st day of December, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**