IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARL L. HARDEN, individually and in his
Capacity as President of the H Group
Corporation                                                                          PLAINTIFF

VS.                                                    CIVIL ACTION NO. 4:15-cv-167-MPM-JMV

ROBERT W. MAXWELL, et al.                                                  DEFENDANTS


**ORDER**

This matter is before the court on the Defendants' submission of its itemized fees and

expenses related to the filing of its Motion to Compel [22]. The court has considered the

itemization of fees submitted by the Defendants and the applicable law, and awards fees and

expenses as detailed herein.

Federal Rule of Civil Procedure 37(a)(5)(A) states in relevant part, "the court must, after

giving an opportunity to be heard, require the party or deponent whose conduct necessitated the

motion, the party or attorney advising that conduct, or both to pay the movant's reasonable

expenses incurred in making the motion, including attorney's fees."

The court, having reviewed the itemization of fees submitted by Defendants, finds that

the following expenses are "reasonable" and were "incurred in making the motion," as defined

by Rule 37(a)(5)(A):

| 3/14/2016 | Erin Saltaformaggio | 0.1 |
|-----------|---------------------|-----|
| 3/15/2016 | Michael J. Bentley  | 0.2 |
| 4/12/2016 | Erin Saltaformaggio | 1.9 |
| 4/12/2016 | Erin Saltaformaggio | 0.1 |

| 4/12/2016 | Erin Saltaformaggio | 0.5 |
|---|---|---|
| 4/12/2016 | Erin Saltaformaggio | 0.6 |
| 4/12/2016 | Michael J. Bentley | 0.3 |
| 4/13/2016 | Erin Saltaformaggio | 1.3 |
| 4/14/2016 | Erin Saltaformaggio | 0.1 |
| 4/14/2016 | Erin Saltaformaggio | 1.2 |
| 4/14/2016 | Michael J. Bentley | 0.4 |
| 4/14/2016 | Michael J. Bentley | 0.8 |
| 4/18/2016 | Michael J. Bentley | 0.3 |
| 4/20/2016 | Michael J. Bentley | 0.2 |

Defendants seek a rate for work performed by Michael J. Bentley, a partner in the law firm of Bradley Arant Boult Cummings, LLP with over eight years of litigation experience in Mississippi state and federal courts, in the amount of $250.00 an hour. Such rate is hereby found to be reasonable. Defendants seeks a rate for work performed by Erin Saltaformaggio, an associate in the law firm of Bradley Arant Boult Cummings, LLP with over four years of litigation experience in Mississippi state and federal courts, in the amount of $175.00 an hour. Such rate is also hereby found to be reasonable.

According to the court's calculations, based upon the above approved fees and expenses, the amount owed to Michael J. Bentley for 2.2 hours at a rate of $250.00 per hour is $550.00, and the amount owed to Erin Saltaformaggio for 5.8 hours at a rate of $175.00 is $1,015.00, which equals a total amount of $1,565.00 owed to Defendants.

**PLAINTIFF IS, THEREFORE, ORDERED to pay** Defendants' fees and expenses in

the amount detailed above, which were incurred in making the Motion to Compel [22].

**SO ORDERED** this, the 19th day of May, 2016.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**