**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CARL L. HARDEN**                                                     **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 4:15-cv-167-MPM-JMV**

**ROBERT W. MAXWELL, ET AL.**                                  **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the court finds that the Report and Recommendation [50] of the United States Magistrate Judge dated February 28, 2017, was on that date duly mailed to *pro se* plaintiff via USPS to both mailing addresses provided and also delivered via email to his01@bellsouth.net account; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court.  It is, therefore,

    **ORDERED:**

    1.  That the Report and Recommendation of the United States Magistrate Judge dated February 28, 2017, is hereby approved and adopted as the opinion of the court.

    2.  That Defendants are hereby **DISMISSED**.

    3.  That this case is hereby **CLOSED.**

**THIS**, the 16th day of March, 2017.

                                             **/s/ MICHAEL P. MILLS**
                                             **UNITED STATES DISTRICT JUDGE**
                                             **NORTHERN DISTRICT OF MISSISSIPPI**